| | | |
|---|---|---|
| RETURN DATE:  MAY 3, 2016 | : | SUPERIOR COURT |
| JANE MILLER | : | JUDICIAL DISTRICT OF DANBURY |
| VS. | : | AT DANBURY |
| THOMAS DUNKERTON | : | APRIL 27, 2016 |

## SUMMONS FOR HEARING

**TO ANY PROPER OFFICER:**

**BY AUTHORITY OF THE STATE OF CONNECTICUT,** you are hereby commanded to summon **Thomas Dunkerton, 100 Pocono Road, Brookfield, Connecticut 06804,** Republican Registrar of Voters for the Town of Brookfield, Connecticut (the "Defendant"), to appear before the Superior Court in and for the Judicial District of Danbury at Danbury, 146 White Street, Danbury, Connecticut 06810, on the date set by the court pursuant to General Statutes § 9-63, and show cause why the name of the Plaintiff, Jane Miller, should not be restored to the enrollment list of the Brookfield Republican Party.

The Plaintiff, of 115 Obtuse Hill Road, Brookfield, CT 06804, and Pamela Drucker, of 158 Deer Hill Avenue, Danbury, CT, as surety, are hereby recognized as bound to the Defendant in the amount of $50, conditioned that the Plaintiff shall pay all proper costs of the adverse party in case she fails herein.

Hereof fail not but of this writ with your doings thereon, make due service and return.

Dated at Danbury, Connecticut, this 27th Day of April, 2016.

_____
Alexander Copp
Commissioner of the Superior Court