UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLER, | : | NO.: 3:16-cv-00724 (VLB) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS DUNKERTON, | : | |
|    Defendant | : | JULY 20, 2016 |

### DEFENDANT'S MOTION TO DISMISS / SUGGESTION OF MOOTNESS

The defendant, THOMAS DUNKERTON, hereby moves pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss all claims by the plaintiff Jane Miller as set forth in her Complaint dated April 27, 2016 [Doc. 1-2].

As more particularly set forth in the accompanying memorandum of law submitted in support of this motion, the plaintiff's claims are now moot.

WHEREFORE, the defendant, THOMAS DUNKERTON, respectfully requests that his Motion to Dismiss be granted.

                                      DEFENDANT,
                                      THOMAS DUNKERTON

                                      By/s/ Katherine E. Rule
                                        Thomas R. Gerarde (ct05640)
                                        Katherine E. Rule (ct27360)
                                        Winifred B. Gibbons  (ct29997)
                                        Howd & Ludorf, LLC
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114-11921
                                        Ph:  (860) 249-1361
                                        Fax:  (860) 249-7665
                                        E-mail: tgerarde@hl-law.com
                                        E-mail: krule@hl-law.com
                                        E-mail: wgibbons@hl-law.com

**CERTIFICATION**

      This is to certify that on July 20, 2016, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

**Neil Marcus, Esq.**
**Alexander Copp, Esq.**
**Cohen and Wolf, P.C.**
**158 Deer Hill Avenue**
**Danbury, CT  06810**
**nmarcus@cohenandwolf.com**
**acopp@cohenandwolf.com**

                                                **/s/ Katherine E. Rule**
                                                **Katherine E. Rule**