**REGISTRAR OF VOTERS**
**Town of Brookfield**
**P.O. Box 5106**
**Brookfield, CT 06804**

July 19, 2016

Ms. Jane M. Miller

Re:  Voter Registration Request

Dear Ms. Miller:

    We are in receipt of your request to register as a member of the Brookfield Republican Party.

    The Connecticut Superior Court determined as a matter of fact and law that Thomas Dunkerton, the Republican Registrar of Voters, properly exercised his authority in removing you from the enrollment list of the Republican Party, which Court Decision was also the basis for Mr. Dunkerton's Decision, dated April 8, 2016.

    I have no authority to reverse that Court Decision, nor should my decision on this application be construed as any judgment on that Court's Decision or the prior actions of Thomas Dunkerton or Matthew Grimes in this matter.

    Exercising my authority with respect to your application dated June 24, 2016, I conclude as follows:  (1) You have been removed from the Republican Party now for fifteen (15) months; and (2) You have stated that you are committed generally to participating in the Republican Party.

    Accordingly, I have accepted your current application and placed your name on the enrollment list of the Republican Party.

Sincerely,

Ryan Murphy,
Republican Registrar of Voters – Brookfield

**EXHIBIT A**