# SUPREME COURT

## STATE OF CONNECTICUT

SC 19621

JANE MILLER

V.

THOMAS DUNKERTON

SEPTEMBER 20, 2016

## ORDER

THE MOTION OF THE DEFENDANT-APPELLEE, FILED JULY 29, 2016, TO DISMISS APPEAL, HAVING BEEN PRESENTED TO THE COURT, IT IS HEREBY O R D E R E D  GRANTED.

BY THE COURT,

/S/
_____
SUSAN REEVE
ASSISTANT CLERK-APPELLATE

NOTICE SENT: 9/21/16
COUNSEL OF RECORD
HON. ANTHONY D. TRUGLIA, JR.
CLERK, SUPERIOR COURT, DBD CV15 6017272-S
TOPAC
160053

**EXHIBIT B**