UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------- x
JANE MILLER,                    :
                                :
        Plaintiff,              :    Civil No. 3:16-cv-724(AWT)
                                :
v.                              :
                                :
THOMAS DUNKERTON,               :
                                :
        Defendant.              :
------------------------------- x
```

**ORDER RE MOTION TO DISMISS**

For the reasons set forth below, the defendant's Motion to Dismiss (Doc. No. 26) is hereby GRANTED.

The plaintiff's sole claim for relief is for a "writ of mandamus or order directing [Dunkerton] to place [her] on the enrollment list of the Brookfield Republican Party." (Compl. at 3.) On July 19, 2016, the plaintiff's application for reentry onto the Brookfield Republican Party voter rolls was accepted, and she is a full member of the Brookfield Republican Party. Thus, her sole claim for relief is moot. To the extent that the plaintiff argues that the action is not moot because she is seeking legal fees and costs pursuant to 28 U.S.C. § 1447(c), that argument fails. Because removal was proper, the plaintiff is not entitled to legal fees and costs under § 1447(c).

The Clerk shall close this case.

It is so ordered.

1

Signed this 28th day of March 2017, at Hartford, Connecticut.

                                                /s/ AWT
                                       Alvin W. Thompson
                                United States District Judge