# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE MILLER,** | : |
| Plaintiff, | : CASE NO. 3:16-CV-724 (AWT) |
| v. | : |
| **THOMAS DUNKERTON,** | : |
| Defendant. | : |

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss all claims in the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the full record of the case including applicable principles of law, granted the defendant's motion to dismiss.  It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing this case, and the case is closed.

Dated at Hartford, Connecticut, this 31st day of March, 2017.

ROBIN D. TABORA, Clerk

By  /s/ Linda S. Ferguson
Linda S. Ferguson
Deputy Clerk

EOD:  3/31/17